DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHARLES LEE GLOVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2326

_____

February 16, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Charles Lee Glover, pro se.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.